AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

|  |  |
|---|---|
| Alliance for Recreational Cannabis Entities, LLC | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) )  Civil Action No. |
|  | ) ) ) ) |
| District of Columbia | ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

District of Columbia  
441 4th Street, NW  
Washington, D.C. 20001

Office of Mayor of the District of Columbia  
Attn: Christina Anderson, Correspondence Unit  
1350 Pennsylvania Avenue, NW, #221  
Washington, D.C. 20004

Office of the Attorney General  
Serve: Attorney General of the District of Columbia  
Attn: Darlene Fields  
Washington, D.C. 20001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____                                   _____
                                                                *Signature of Clerk or Deputy Clerk*