CO-386
10/2018

# United States District Court
# For the District of Columbia

)
)
)
)
)    Civil Action No._____
)
)
)
)
)

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of _____ which have any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

                    Attorney of Record

                   *Jacobie Whitley*
                  Signature

_____      _____
BAR IDENTIFICATION NO.                Print Name

                                       _____
                                       Address

                                       _____
                                       City       State       Zip Code

                                       _____
                                       Phone Number