UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF COLUMBIA

```
------------------------------X
ALLIANCE FOR RECREATIONAL         :
CANNABIS ENTITIES LLC

              Plaintiff,          :
         v.                       :        Case No. 1:24-cv-03164

DISTRICT OF COLUMBIA, et al.      :

              Defendants.         :
------------------------------X
```

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

    COMES NOW, Plaintiff, Alliance for Recreational Cannabis Entities, LLC, by and through undersigned counsel, pursuant to Fed. R. Civ. P. 65, respectfully moves this Court to grant a preliminary injunction to enjoin Defendants from enforcing the Medical Cannabis Amendment Act of 2022, Comprehensive Cannabis Legalization and Regulation Act of 2023, Medical Cannabis Emergency Amendment Acts, Medical Cannabis Clarification Emergency Amendment Acts, Medical Cannabis Program Enforcement Emergency Declaration Resolution, provisions under Title 7 Chapter 16B of D.C. Code; Subtitle 22-C of the D.C. Municipal Regulations, DCLP infractions, MPD criminal charges, and ABCA Board cease-and-desist and summary closure orders. In support of this motion, Plaintiff offers this Court the accompanying Memorandum of Points and Authorities.

    WHEREFORE, Plaintiff respectfully requests that this Court grant this Motion for Preliminary Injunction in favor of Plaintiff.

Date: December 11, 2024                          Respectfully submitted,

2

/s/ Kevin Murray
Kevin Murray,
Managing Member of
Alliance of Recreational Cannabis Entities,
LLC

By:/s/Jacobie Whitley
Jacobie Whitley, Esq. (DC Bar #1500314)
Law Office of Jacobie K Whitley, PLLC
1455 Pennsylvania Avenue NW
Suite 400
Washington, DC 20004
*Counsel for Plaintiff*
