**CERTIFICATE OF SERVICE**

I hereby certify the above Complaint was sent electronically via the CM-ECF document filing system on December 11, 2024 and mailed First Class Certified Mail with Return Receipt requested, on December 12, 2024, to the parties listed below:

Office of the Mayor of the District of Columbia
1350 Pennsylvania Avenue, N.W.
Washington, DC 20004

Muriel Bowser,
1350 Pennsylvania Avenue, N.W.
Washington, DC 20004

Attorney General Brian Schwalb,
400 6th Street N.W. Washington, DC 20001

Alcoholic Beverage and Cannabis Administration
Director Fred Moosally,
899 North Capitol Street, NE, Suite 4200-A
Washington, DC 2000

Department of Licensing and Consumer Protection
Director Tiffany Crowe
1100 4th Street SW, Washington, DC 20024

Metropolitan Police Department
Chief Pamela A. Smith,
441 4th Street N.W. 7th Fl., Washington, D.C. 20001

/s/Jacobie Whitley
Jacobie Whitley, Esq.