**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALLIANCE FOR RECREATIONAL CANNABIS ENTITIES LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>DISTRICT OF COLUMBIA *et al.*,<br><br>    Defendants. | Civil Action No. 1:24-cv-3164-ACR |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned,

David R. Wasserstein, Assistant Attorney General, as counsel for all Defendants.

Dated: December 13, 2024.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

STEPHANIE E. LITOS
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ David R. Wasserstein*
DAVID R. WASSERSTEIN [1736006]
Assistant Attorney General
400 6th Street, NW
Washington, D.C. 20001
Phone: (202) 442-9784
Email: david.wasserstein@dc.gov