# EXHIBIT 1

GOVERNMENT OF THE DISTRICT OF COLUMBIA
ALCOHOLIC BEVERAGE AND CANNABIS ADMINISTRATION
ALCOHOLIC BEVERAGE AND CANNABIS BOARD



| | |
|---|---|
| **IN THE MATTER OF:**<br><br>**Green Magic, LLC t/a Coupons R Us,**<br><br>      **Respondent.** | **Case No. 24–ULC–00041**<br>**License No.: None**<br>**Unlicensed Business** |

## NOTICE OF SUMMARY ACTION

To:    W. Lorenzo Alston
         Green Magic, LLC t/a Coupons R Us
         6234 Georgia Ave, NW
         Washington, DC 20011

      The District of Columbia Alcoholic Beverage and Cannabis Board (the Board), under D.C. Code § 7–1672.08(g)(1), **summarily closes** the above-captioned unlicensed cannabis establishment effective **immediately** upon your receipt of this notice.

      You have the right to request a hearing before the Board, and such request shall be filed with Martha Jenkins, General Counsel, Alcoholic Beverage and Cannabis Administration (ABCA), by email to Martha.Jenkins@dc.gov. The request must be filed within three business days after receipt of this notice. Should a request for hearing be filed in a timely manner, a summary suspension hearing will be held within two business days of receipt of a timely request, and a decision will be rendered by the Board within three business days after the close of the hearing.

      The District of Columbia is represented by the Office of the Attorney General in these proceedings. A copy of any pleading or any other written communication addressed to the Board should also be delivered to Assistant Attorney General Andrew S. Coughlin, Office of the Attorney General for the District of Columbia, Civil Enforcement Section, 400 6th Street, NW, Suite 10100, Washington, DC 20001 by email to andrew.coughlin@dc.gov. **You, or your legal counsel if you are represented, should contact Assistant Attorney General Andrew S. Coughlin at (202) 709-2000 upon receipt of this notice to discuss any potential Offer in Compromise to be considered by the Board at the summary suspension and closure hearing.**

You may personally appear at the summary suspension and closure hearing, and you, as well as the licensed establishment and the unlicensed establishment, may be represented by legal counsel. You have the right to produce witnesses and evidence and to cross-examine witnesses. You may examine evidence produced and have subpoenas issued to require the production of witnesses and evidence.

The hearing before the Board will be conducted in the English language. If you, any corporate officer, or any witnesses to be called are deaf, have a hearing impediment, or cannot readily understand or communicate the spoken English language, an application may be made to the Board for the appointment of a qualified interpreter.

The basis of the contemplated action is certain information received by the Board that, if proven to be true, would justify the Board summarily closing your establishment under D.C. Code §§ 7–1671.08(a), (f), (g)(1), (g)(2)(E), (F), (G), (h)(1), and 7–1671.12e(a) and retaining any cannabis seized from the establishment.

<u>The grounds for the summary suspension and closure are outlined below</u>.

The Board has determined that the operations of Green Magic, LLC t/a Coupons R Us, at 6234 Georgia Ave. NW, Washington, DC 20011, present an imminent danger to the health and safety of the public, mandating summary closure of the establishment. You permitted the sale of psychedelic products containing psilocybin, which is a Schedule I controlled substance under D.C. Code § 48-902.04(3)(R), in the establishment; caused and allowed illegal firearms to be in your establishment; and operated an unlicensed cannabis retail establishment where a dangerous crime occurred. Further, the establishment operated as an unlicensed cannabis retailer selling cannabis and cannabis products, and offered for sale psychedelic products containing psilocybin, which is a Schedule I controlled substance under D.C. Code § 48-902.04(3)(R), for which the Board can take action under D.C. Code §§ 7–1671.08(a), (f), (g)(2)(D), (E), (F), (h)(1), and 7–1671.12e(a).

On Sunday, October 13, 2024, Metropolitan Police Department (MPD) 4D Officers responded to a report of a burglary at the establishment, a crime of violence under D.C. Code § 23-1311(3)(E). A subsequent search of the premises revealed that the establishment appeared to be operating as an unlicensed cannabis retailer. At approximately 3:15 a.m., MPD requested ABCA's assistance and ABCA Supervisory Investigator Mark Brashears (SI Brashears) responded to the scene and notified Supervisory Investigator Jason Peru (SI Peru) of the incident. At approximately 8:00 a.m. that same morning MPD Violent Crime Suppression Division Commander Kopp requested SI Peru's presence at the establishment.

MPD obtained an emergency search warrant for the establishment and the subsequent search recovered 34.56 lbs. of marijuana, 2.11 lbs of THC laced edibles, 4.97 lbs. of psychedelic mushrooms containing psilocybin, 1.24 lbs. of THC wax, 3.9 lbs. of THC resin, 1.65 lbs. of THC oil, five (5) THC vape cartridges, one (1) loaded Glock 27 generation 4 semi-automatic handgun (BGBX517), one (1) loaded Black Pro-Mag gun magazine with 12 rounds, and 150 rounds of ammunition for a 357 Magnum Full Metal Jacket.

      Later that day, SI Peru and MPD personnel met with the premises' landlord, Mr. Lorenzo Alston, who led SI Peru through the establishment, located on the building's second floor. While in the establishment, SI Peru observed multiple display cases, surveillance cameras and monitors. He also observed a hidden vault room where the cannabis products were kept. Mr. Alston told SI Peru that he knew the tenants were operating a cannabis business, but Mr. Alston thought that the business was a "legal" operation. SI Peru told Mr. Alston that Coupons R Us was an unlicensed cannabis retailer. SI Peru asked Mr. Alston for a copy of their lease agreement, which he provided.

      The next day, October 14, 2024, SI Peru checked ABCA records and determined that Coupons R Us/Green Magic, LLC, had no Medical Cannabis Retail License with ABCA. The Board has now determined that further operations at the above-captioned premises and under the above-captioned license present an imminent danger to the health and safety of the public, mandating summary closure of the premises.

      Please note that, under 23 DCMR § 1611.3, your failure to appear at the time and place set for the hearing, either in person or through counsel, or both, will not preclude the Board's proceeding in this matter. Should you have any questions, contact ABCA Adjudication Specialist Danette Walker at (202) 442-4418.

10/24/24
DATE

*Donovan Anderson*
Donovan Anderson
Chairperson
Alcoholic Beverage and Cannabis Board

3