# EXHIBIT 4

THE DISTRICT OF COLUMBIA
ALCOHOLIC BEVERAGE AND CANNABIS BOARD

|  |  |
|---|---|
| In the Matter of: | ) |
| | ) |
| Green Magic, LLC | ) Case No.:   24-ULC-00041 |
| t/a Coupons R Us | ) License No.: N/A |
| | ) Order No.:   2024-870 |
| Summary Closure | ) |
| | ) |
| at premises | ) |
| 6234 Georgia Avenue, N.W. | ) |
| Washington, D.C. 20011 | ) |
| | ) |

**BEFORE:**   Donovan Anderson, Chairperson
Silas Grant, Jr., Member
Teri Janine Quinn, Member
Ryan Jones, Member
David Meadows, Member

**PARTIES:**   Green Magic, LLC, t/a Coupons R Us, Respondent

Twaine Shields, Designated Representative, on behalf of Green Magic, LLC, Respondent

W. Lorenzo Alston, Property Owner, Respondent

Andrew S. Coughlin, Assistant General Counsel
Office of the Attorney General for the District of Columbia

**FINAL ORDER ON SUMMARY ACTION**

The Alcoholic Beverage and Cannabis Board (Board), on this 20th day of November 2024, hereby deems the Summary Action initiated in accordance with Chapter 16B of Title 7 of the D.C. Official Code final where no respondent party requested a hearing in the time required under D.C. Official Code § 7-1671.08(g)(4). The parties are advised that the failure to request a timely hearing **WAIVES** the right to challenge the facts leading to the closure, the padlocking of the premises, and seizure of evidence in this forum. The Metropolitan Police Department (MPD) and the Alcoholic Beverage and Cannabis Administration (ABCA) shall retain the right to padlock the premises and seize any cannabis or cannabis products found on the premises pursuant to D.C. Official Code § 7-1671.08(g)(1). The Board may consider modifying this Order or the terms of the summary closure upon the submission and approval of a reasonable remediation plan by the

1

2

property owner or tenant that prevents the recurrence of illegal cannabis activity at the premises. The ABCA shall deliver a copy of this order to the Parties.

2

District of Columbia
Alcoholic Beverage and Cannabis Board

_____
Donovan Anderson, Chairperson

_____
Silas Grant, Jr., Member

_____
Teri Janine Quinn, Member

_____
Ryan Jones, Member

_____
David Meadows, Member

Pursuant to D.C. Official Code § 25-433(d)(1) (applicable to alcohol matters) or 22-C DCMR § 9720 (applicable to medical cannabis matters), any party adversely affected may file a Motion for Reconsideration of this decision within ten (10) days of service of this Order with the Alcoholic Beverage and Cannabis Administration, 2000 14th Street, N.W., Suite 400S, Washington, DC 20009.

Also, pursuant to section II of the District of Columbia Administrative Procedure Act, Pub. L. 90-614, 82 Stat. 1209, D.C. Official Code § 2-510 (2001), and Rule 15 of the District of Columbia Court of Appeals, any party adversely affected has the right to appeal this Order by filing a petition for review, within thirty days of the date of service of this Order, with the District of Columbia Court of Appeals, 430 E Street, N.W., Washington, D.C. 20001 (202/879- 1010). However, the timely filing of a Motion for Reconsideration stays the time for filing a petition for review in the District of Columbia Court of Appeals until the Board rules on the motion. *See* D.C. App. Rule 15(b) (2004).