# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ALLIANCE FOR RECREATIONAL CANNABIS ENTITIES LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | No. 1:24-cv-03164-ACR |
| **THE SAFE HOUSE LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | No. 1:24-cv-03532-ACR |
| **ORGANIX LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>    **Defendants.** | No. 1:24-cv-03536-ACR |
| **GREEN MAGIC LLC,**<br><br>    **Plaintiff,**<br><br>    v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*, | No. 1:24-cv-03537-ACR |

| | |
|---|---|
| **Defendants.** | |
| **ELEVATED TOURS LLC,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>  **Defendants.** | **No. 1:24-cv-03538-ACR** |
| **AR LOGISTICS LLC,**<br><br>  **Plaintiff,**<br><br>  v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>  **Defendants.** | **No. 1:24-cv-03539-ACR** |

## ORDER

Upon consideration of Plaintiffs Alliance for Recreational Cannabis, The Safe House LLC, Organix LLC, Green Magic LLC, Elevated Tours LLC, and AR Logistics LLC's Motions for Preliminary Injunction (the Motions), the District Defendants' omnibus opposition, and the entire record, it is:

**ORDERED** the Motions are **DENIED**.

**SO ORDERED**.

Dated: _____        _____
                              THE HONORABLE ANA C. REYES
                              Judge, United States District Court
                              for the District of Columbia