UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALLIANCE FOR RECREATIONAL CANNABIS ENTITIES LLC,<br><br>   Plaintiff,<br><br> v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>   Defendants. | Case No. 1:24-cv-03164-ACR<br>Judge Ana C. Reyes |

## NOTICE OF APPEARANCE

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of the undersigned, Daniel P. Golden, Deputy General Counsel, as counsel for Defendants the Council of the District of Columbia and Councilmember Kenyan R. McDuffie who have been named in three of the actions consolidated in this lead action: *The Safe House, LLC v. District of Columbia*, No. 1:24-cv-03532; *Organix, LLC v. District of Columbia*, No. 1:24-cv-03536; and *Green Magic, LLC v. District of Columbia*, No. 1:24-cv-03537.

February 7, 2025

          Respectfully submitted,

          /s/ Daniel P. Golden
          DANIEL P. GOLDEN (#489689)
          Deputy General Counsel
          Council of the District of Columbia
          1350 Pennsylvania Avenue N.W., Suite 4
          Washington, D.C. 20004
          (202) 724-8026
          (202) 724-8129 fax
          dgolden@dccouncil.gov