# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Alliance of Recreational Cannabis Entities, ) | |
| ) | |
| Plaintiff, ) | Case No.: 1:24-cv-03164 |
| ) | |
| v. ) | |
| ) | Judge: Hon. Ana C. Reyes |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT

COMES NOW, Plaintiff, Alliance of Recreational Cannabis Entities, LLC (hereinafter referred to as "Plaintiff", "Plaintiff ARCE", or "Alliance"), by and through counsel respectfully moves this Honorable Court to deny Defendants' Motion to Dismiss. Plaintiff files this opposition motion to Defendants' Motion to Dismiss and offers the accompanying memorandum in support of motion.

### PRAYER FOR RELIEF

WHEREFORE, for the foregoing reasons set forth in Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint, Plaintiff respectfully requests that this Honorable Court deny Defendants' Motion to Dismiss Amended Complaint.

Date: November 10, 2025                    Respectfully submitted,

/s/ Jacobie Whitley
Jacobie Whitley, Esq.
DC Bar #1500314
Law Office of Jacobie K. Whitley, PLLC
1455 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20004

Tel: (202) 499-2403
Fax: (202) 499-2402
Email: jwhitley@lawofficeofjkw.com
*Counsel for Plaintiff*

/s/ Yutong Zhou
Yutong Zhou, Esq.
D.C. Bar No. 90020267
District Court Bar ID: 90020267
Sinoberg Raft
2 I Street SE
Washington, DC 20003
Telephone: (908) 239-8737
Email: yutong@sinobergraft.com
Counsel for Plaintiff