**CERTIFICATE OF SERVICE**

       I hereby certify the above Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint was electronically served through the District of Columbia District Court CM/ECF system, on November 10, 2025, to the parties listed below:

Mayor Muriel Bowser
c/o Office of Corporation Counsel
1 Judiciary Square 441 4th Street, N.W. 6th Fl. South
Washington, DC 20001

Muriel Bowser,
1350 Pennsylvania Avenue, N.W.
Washington, DC 20004

Attorney General Brian Schwalb,
400 6th Street N.W.
Washington, DC 20001

Alcoholic Beverage and Cannabis Administration
Director Fred Moosally,
2000 14th Street N.W. Suite 400,
Washington, DC 20009

Department of Licensing and Consumer Protection
Director Tiffany Crowe
1100 4th Street SW,
Washington, DC 20024

Metropolitan Police Department
Chief Pamela A. Smith,
441 4th Street N.W. 7th Fl.,
Washington, D.C. 20001

By: /s/ *Jacobie Whitley*