PLAINTIFF'S EXHIBIT 1

**Committee of the Whole & Business & Economic Development Joint Public Roundtable**

Tuesday, February 11, 2025
[Virtual Meeting/Room 120](#)
1350 Pennsylvania Avenue, NW, DC, 20004

---

Good morning.

My name is **ALAN AMSTERDAM** and I first would like to say thanks to Councilmember McDuffie for this hearing on Medical Cannabis and on-going enforcement of so-called illegal cannabis operators.

I own DC's oldest cannabis store, **CAPITOL HEMP** in Adams Morgan, and I am a co-founder and co-author of Initiative 71.

Everyone here may not remember, but Initiative 71 was a response to the DC city council's failure to fully implement the Medical Marijuana Initiative 59 in 1998 when it failed to give DC residents the right to home cultivation they had voted for.

In 2011, when my store Capitol Hemp was raided and all my merchandise confiscated by MPD I had to hire attorneys and fight bogus charges even though no cannabis was found - only glass waterpipes and vaporizers. But the ordeal convinced me and my business partner that the District was going to continue to ignore the will of the people on this – and motivated us to create the ballot initiative which fortunately the people overwhelmingly voted for.

Following passage of Initiative 71, Capitol Hemp returned to Adams Morgan in 2015 after several years exiled in Maryland. And then in 2018, with passage of the farm bill, the federal Government fully legalized The Hemp Plant.

==The federal law legalized Hemp, descheduled it completely, and gave each State, District, or territory the ability to regulate the plant.==

==At that time, I made an appointment with my council member, Ward 1's Brianne Nadeau, to explain that Washington DC needed to codify the farm bill and to see if she would be willing to==

sponsor a bill so the city could regulate Hemp. I explained that if the city fails to do this, the Farm bill reverts to federal law by default. She said she was too busy to sponsor the legislation on her own, and I just went about my business selling Hemp and hemp derived products, knowing that federal law had made my fully tested products legal to transport over state lines.

Fast forward to 2024 when the ABCA task force (health dept, DPLC, Tax, MPD) raided my shop calling me an ILLEGAL CANNABIS OPERATOR. I informed ABCA Supervisory Inspector Peru that he was mistaken,

- that all my products are legal,
- that I take credit cards unlike illegal cannabis operators and medical cannabis operators.
- that the IRS and DC's Office of Tax and Revenue consider me legal and allow me Section 280E deductions which cannabis operators are denied;
- that every vendor that deals with me has a legal Team that also considers Washington DC a legal hemp market because DC never enacted any legislation to implement the farm bill.

ABCA cited a memo from 2020 written by a staff attorney in the DC attorney general's office from 2020 that says hemp is cannabis under the old existing law and DLCP fined me over $5K for being an illegal cannabis operator.    DLCP recently dropped the charges, but without prejudice, meaning they can come back to me. I disagree – which is why I retained an attorney and am suing the District of Columbia. I will fight this administrative nightmare but the fact that no Lawyer who works for Washington in all of The agencies involved in the task force don't understand what the 2018 farm bill Says is troubling .  It's also unacceptable and I'M looking forward to MY DAY IN COURT!

In closing I want to note that the task force enforcement against small independent hemp stores like mine  – when it is not enforcing its supposed authority over hemp against any of big box stores – will be a liability for the city.  ABCA is living in Denial by Grouping Legal Hemp Stores with Illegal Cannabis and Council needs to step in and regulate Hemp. Until the Harris Rider is lifted and DC can move forward, 100% federally legal hemp can be the recreational arm. and I extend the offer to any council member that I am eager to work with you on a bill to regulate hemp. Thank you.