**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALLIANCE FOR RECREATIONAL CANNABIS ENTITIES LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:24-cv-3164-ACR** |
| **DISTRICT OF COLUMBIA *et al.*,** | |
| **Defendants.** | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Alliance for Recreational Cannabis Entities, LLC, along with Defendants, by and through counsel, hereby stipulate to the dismissal without prejudice of all claims asserted in the Amended Complaint.

Dated: May 8, 2026                      Respectfully submitted,


/s/ Jacobie Whitley
DC Bar #1500314
Law Office of Jacobie K. Whitley, PLLC.
1455 Pennsylvania Avenue, NW, Suite 400
Washington, D.C. 20004
Tel: (202) 499-2403
Fax: (202) 499-2402
jwhitley@lawofficeofjkw.com
*Counsel for Plaintiff*


/s/ Yutong Zhou
DC Bar # 90020267
Sinoberg Raft
2 I Street SE, Apt. 818
Washington, DC 20003
Tel: (908) 239-8737
yutong@sinobergraft.com

*Counsel for Plaintiff*

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CHAD COPELAND
Deputy Attorney General
Civil Litigation Division

*/s/ Matthew R. Blecher*
MATTHEW R. BLECHER [1012957]
Chief, Equity Section, Civil Litigation Division

*/s/ Honey Morton*
HONEY MORTON [1019878]
Assistant Chief, Equity Section

*/s/ Helen M. Rave*
DAVID R. WASSERSTEIN [1736006]
HELEN M. RAVE [90003876]
MATEYA B. KELLEY [888219451]
Assistant Attorneys General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 735-7520
Email: helen.rave@dc.gov

*Counsel for Defendants*

2