**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALLIANCE FOR RECREATIONAL CANNABIS ENTITIES LLC,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:24-cv-3164-ACR** |
| **DISTRICT OF COLUMBIA** *et al.*, | |
| **Defendants.** | |

**CERTIFICATE OF SERVICE**

I hereby certify the above Joint Stipulation of Dismissal electronically served through the District of Columbia District Court CM/ECF system, on May 8, 2026, to the parties listed below:

Helen M. Rave
Assistance Attorney General, Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 735-7520
Helen.Rave@dc.gov

Mateya B. Kelley
Assistant Attorney General, Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 735-7520
Mateya.Kelley@dc.gov

David R. Wasserstein
Assistant Attorney General, Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
Phone: (202) 735-7520
David.Wasserstein@dc.gov

By: /s/ *Jacobie Whitley*