**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ALLIANCE FOR RECREATIONAL CANNABIS ENTITIES LLC,**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**DISTRICT OF COLUMBIA** *et al.*,<br><br>    **Defendants.** | **Civil Action No. 1:24-cv-3164-ACR** |

## [PROPOSED] ORDER

Upon consideration of the Joint Stipulation of Dismissal and the entire record, it is:

**ORDERED** that Plaintiff's Amended Complaint is **DISMISSED** without prejudice.

**SO ORDERED.**

Dated: _____        _____
THE HONORABLE ANA C. REYES
Judge, United States District Court
For the District of Columbia